**VENABLE LLP**
Ari N. Rothman (SBN 296568)
  arothman@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:  (310) 229-9901

Attorneys for Defendant INSTANT CHECKMATE, INC.

**EDELSON PC**
SAMUEL M. LASSER (SBN 252754)
  slasser@edelson.com
1934 Divisadero Street
San Francisco, California 94115
Telephone:  (415) 994-9930
Facsimile:  (415) 776-8047

Attorneys for Plaintiff MILO ILLICH

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILO ILLICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INSTANT CHECKMATE, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 14-CV-3026-DMS-KSC<br><br><u>CLASS ACTION</u><br><br>Hon. Dana M. Sabraw<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1  WHEREAS, plaintiff MILO ILLICH filed his Complaint on December 30, 2014;

2  WHEREAS, on January 6, 2015, the complaint was served on defendant INSTANT CHECKMATE, INC.;

3  WHEREAS, INSTANT CHECKMATE'S response to the Complaint is currently due on January 27, 2015;

4  WHEREAS, counsel for INSTANT CHECKMATE, who was just recently retained, needs time to further investigate the matter before responding to the Complaint on INSTANT CHECKMATE'S behalf;

5  WHEREAS, plaintiff and INSTANT CHECKMATE are also in the process of discussing their respective views of the factual and legal bases of their respective claims and defenses;

6  WHEREAS, to facilitate those discussions, and to give INSTANT CHECKMATE sufficient time to investigate and respond to plaintiff's claims, the parties agreed to extend INSTANT CHECKMATE's deadline to respond to plaintiff's complaint; and

7  WHEREAS, plaintiff and INSTANT CHECKMATE believe that good cause exists to extend by twenty one (21) days the time for INSTANT CHECKMATE to investigate and prepare its response to the complaint, and to give the parties time to engage in the discussions which may lead to resolution of this litigation without further judicial involvement;

///
///

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, that the time for INSTANT CHECKMATE to answer or otherwise respond to plaintiff's complaint is extended to and through February 17, 2015.

Dated:  January 21, 2015

VENABLE LLP

By: /s/ Ari N. Rothman
Ari N. Rothman
Attorneys for Defendant
INSTANT CHECKMATE, INC.

Dated:  January 21, 2015

EDELSON PC

By: /s/ Samuel Lasser
Samuel Lasser
Attorneys for Plaintiff
MILO ILLICH

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Samuel Lasser, counsel for Plaintiff MILO ILLICH, and that I have obtained Mr. Lasser's authorization to affix his electronic signature to this document.

Dated: January 21, 2015

VENABLE LLP

By: /s/ Ari N. Rothman
    Ari N. Rothman
Attorneys for Defendant
INSTANT CHECKMATE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Ari N. Rothman
      Ari N. Rothman