1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MILO ILLICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INSTANT CHECKMATE, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 14-CV-3026-DMS-KSC<br><br>**CLASS ACTION**<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
|---|---|

The Court, having received a Joint Motion to Extend Time to Respond to Complaint from the parties, and good cause appearing therefor, ORDERS that the time for INSTANT CHECKMATE, INC. to answer or otherwise respond to plaintiff's complaint is extended to and thru February 17, 2015.

Dated:  January 22, 2015

_____
Honorable Dana M. Sabraw
United States District Judge