**VENABLE LLP**
Ari N. Rothman (SBN 296568)
  arothman@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Damon W.D. Wright (*pro hac vice forthcoming*)
  dwdwright@venable.com
575 7th Street, NW
Washington, DC  20004
Telephone:   (202) 344-4000
Facsimile:    (202) 344-8350

Attorneys for Defendant INSTANT CHECKMATE, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILO ILLICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INSTANT CHECKMATE, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 14-CV-3026-DMS-KSC<br><br>CLASS ACTION<br><br>Hon. Dana M. Sabraw<br><br>**DEFENDANT INSTANT CHECKMATE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Date:  March 27, 2015<br>Time: 1:30 p.m. |

<u>Defendant"Instant Checkmate's counsel (Damon Wright) conferred with plaintiff's counsel before filing this motion</u>.  The parties thereafter did not resolve the matters raise by the motion.  Defendant Instant Checkmate, Inc. moves this Court to compel arbitration of Plaintiff Milo Illich's claims on an individual basis pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq.; to dismiss this action because Illich expressly agreed to binding arbitration and a class action waiver when he subscribed to and purchased services on ICM's website; and for related relief set forth in the accompanying Memorandum of Points and Authorities in Support of this motion.  This motion is based on the accompanying Memorandum of Points and Authorities, and the Declaration of Joey Rocco and exhibits attached thereto.

Dated:  February 17, 2015

VENABLE LLP

By:  /s/ Ari N. Rothman
    Ari N. Rothman

Attorneys for Defendant
INSTANT CHECKMATE, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I declare under penalty of perjury that the foregoing is true and correct.

By:  /s/ Ari N. Rothman

Ari N. Rothman