**VENABLE LLP**
Ari N. Rothman (SBN 296568)
  arothman@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Damon W.D. Wright (*pro hac vice forthcoming*)
  dwdwright@venable.com
575 7th Street, NW
Washington, DC  20004
Telephone:  (202) 344-4000
Facsimile:   (202) 344-8350

Attorneys for Defendant INSTANT CHECKMATE, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILO ILLICH, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>INSTANT CHECKMATE, INC., a Delaware corporation,<br><br>  Defendant. | CASE NO. 14-CV-3026-DMS-KSC<br><br>CLASS ACTION<br><br>Hon. Dana M. Sabraw<br><br>**DECLARATION OF JOEY ROCCO** |

# DECLARATION OF JOEY ROCCO

I, Joey Rocco, declare as follows:

1. I make this declaration in support of Instant Checkmate, Inc.'s ("ICM") motion to compel arbitration. The facts stated herein are within my personal knowledge, unless otherwise stated or apparent. If called upon to testify to the following facts, I could and would testify competently to the following.

2. I am the Chief Operating Officer for ICM. In my capacity as Chief Operating Officer, I have access to ICM's books and records.

3. ICM is incorporated under the laws of the State of Delaware and maintains its principal place of business in San Diego County, California.

4. ICM is a web-based business that provides people finder and public records information to individuals on a paid subscription basis. ICM provides this information across the United States through www.instantcheckmate.com.

5. ICM has Terms of Use ("TOU") for its www.instantcheckmate.com website. To purchase a subscription with ICM, consumers must expressly and affirmatively agree to ICM's TOU and its arbitration requirement. A true and correct copy of the TOU as it existed in August 2014 is attached hereto as Exhibit A and a screenshot is shown below.

6. On page 1, in capital letters, the TOU states:

## InstantCheckmate.com Website Terms of Use

Date of last revision: July 10th, 2012

IMPORTANT - PLEASE READ THESE TERMS OF USE. THIS AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES (see Section 8), LIMITATIONS OF LIABILITY, AN EXCLUSIVE REMEDY (see Section 9), THE REQUIREMENT TO ARBITRATE ANY AND ALL CLAIMS (see Section 11). THESE PROVISIONS FORM AN ESSENTIAL BASIS OF OUR AGREEMENT.

At Section 11, the TOU then provides:

## 11) Arbitration

a) YOU UNDERSTAND AND AGREE THAT ALL CLAIMS, DISPUTES OR CONTROVERSIES BETWEEN YOU AND Instant Checkmate, ITS PARENTS, AFFILIATES, SUBSIDIARIES OR RELATED COMPANIES, INCLUDING, WITHOUT LIMITATION, TORT AND CONTRACT CLAIMS, CLAIMS BASED UPON ANY FEDERAL, STATE OR LOCAL STATUTE, LAW, ORDER, ORDINANCE OR REGULATION, AND THE ISSUE OF ARBITRABILITY, SHALL BE RESOLVED BY THE FINAL AND BINDING ARBITRATION PROCEDURES SET BELOW. THE PARTIES ACKNOLWEDGE AND AGREE THAT ANY SUCH CLAIMS SHALL BE BROUGHT SOLELY IN THE PARTY'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE PROCEEDING, OR PRIVATE ATTORNEY GENERAL CAPACITY. THE PARTIES FURTHER AGREE THAT THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A REPRESENTATIVE OR CLASS PROCEEDING. THE PARTIES VOLUNTARILY AND KNOWINGLY WAIVE ANY RIGHT THEY HAVE TO A JURY TRIAL. ANY CONTROVERSY CONCERNING WHETHER A DISPUTE IS ARBITRABLE SHALL BE DETERMINED BY THE ARBITRATOR AND NOT BY THE COURT. JUDGMENT UPON ANY AWARD RENDERED BY THE ARBITRATOR MAY BE ENTERED BY A NEVADA STATE OR FEDERAL COURT HAVING JURISDICTION THEREOF. THIS ARBITRATION CONTRACT IS MADE PURSUANT TO A TRANSACTION IN INTERSTATE COMMERCE AND ITS INTERPRETATION, APPLICATION, ENFORCEMENT AND PROCEEDINGS HEREUNDER SHALL BE GOVERNED BY THE FEDERAL ARBITRATION ACT ("FAA").

**The following procedures shall apply:**

i) Any party that intends to make a claim shall first notify the opposing party in writing of such intention and shall describe in such notice, with reasonable particularity, the nature and basis of such claim, and the total amount of the claim. Within thirty (30) days of receipt of such notice, the party receiving notice of a claim shall provide a written response which, with reasonable particularity, sets forth its position concerning the claim. If the parties are unable to resolve the dispute arising from the claim by good faith negotiations to be conducted within the thirty (30)-day period following the written response, either of them may initiate binding arbitration pursuant to the terms and conditions set forth below.

ii) In the event a party elects to proceed with binding arbitration, it shall provide written notice thereof to the other party by registered or certified mail. The arbitration shall be conducted by Judicate West, and shall be conducted using the then current Judicate West commercial rules and regulations (except as varied by this agreement). The arbitration shall take place in San Diego, CA, but may proceed telephonically in the event the total amount of the claim does not exceed $2,500 U.S. dollars (if the claimant so chooses).

iii) Separate and apart from the agreement to arbitrate set forth above, the parties hereby independently waive any right to bring or participate in any class action in any way related to, or arising from, this agreement.

7. On August 3, 2014, from the IP address 207.200.116.12, Milo Illich visited ICM's website, requested public records information about a woman, and

1 purchased an ICM subscription. In so doing, Illich (like all ICM subscribers) was
2 required to agree and affirmatively agreed to the TOU and its arbitration requirement
3 twice: once on the website registration page and again on the website check-out
4 page. Illich could not have purchased an ICM subscription without twice checking
5 and clicking that he expressly agreed. In fact, absent this, Illich's credit card could
6 not have been charged.

7   8.   Illich first agreed to ICM's TOU and its arbitration requirement after
8 he arrived on the website registration page. Here, he provided his first name, last
9 name, and email address and clicked a button confirming his agreement to ICM's
10 hyperlinked TOU. A true and correct copy of a printout of the registration page as
11 it existed on ICM's website in August 2014 is attached hereto as Exhibit B and a
12 screenshot is shown below.



9. After this, Illich then proceeded to the website's check-out page, where he again agreed to the TOU and its arbitration requirement. As a condition to purchase an ICM subscription, Illich then entered his credit card information and checked a box stating "I agree to the Instant Checkmate Terms of Use, Limited License, and Privacy Policy" along with the hyperlinked TOU. A true and correct copy of a printout of the website's check-out page as it existed on ICM's website in August 2014 is attached hereto as Exhibit C and a screenshot is shown below.

**Payment Information**

Norton SECURED
powered by Symantec

**Security is Our Top Priority**
This website utilizes some of the most advanced techniques to protect your information and ensure your transaction is secure.

First Name:

Last Name:

Email:

Payment:  ○ PayPal  The safer, easier way to pay.
          ● VISA  Credit Card

Name on Card:

Card Number:

Expiration Date: 02 (Feb)  2015

CVV Code:

☐ I agree to the Instant Checkmate Terms of Use, Limited License, and Privacy Policy. By clicking "View My Report," you are providing your electronic signature authorizing Instant Checkmate to charge your card as described, until you cancel.

5

DECLARATION OF JOEY ROCCO

10. By taking the affirmative actions addressed above, Illich also agreed to the TOU's class action waiver. The TOU clearly and conspicuously prohibits class claims. At Section 11, the TOU provides that the: "PARTIES ACKNOWLEDGE AND AGREE THAT ANY SUCH CLAIMS SHALL BE BROUGHT SOLELY IN THE PARTY'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS REPRESENTATIVE PROCEEDING, OR PRIVATE ATTORNEY GENERAL CAPACITY." The TOU further states: "Separate and apart from the agreement to arbitrate set forth above, the parties hereby independently waive any right to bring or participate in any class action in any way related to, or arising from this agreement."

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information, knowledge and belief.

2-13-15
Date

Joey Rocco, Chief Operating Officer,
Instant Checkmate, Inc.

*EXHIBIT A*

# InstantCheckmate.com Website Terms of Use

**Date of last revision: July 10th, 2012**

IMPORTANT - PLEASE READ THESE TERMS OF USE. THIS AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES (see Section 8), LIMITATIONS OF LIABILITY, AN EXCLUSIVE REMEDY (see Section 9), THE REQUIREMENT TO ARBITRATE ANY AND ALL CLAIMS (see Section 11). THESE PROVISIONS FORM AN ESSENTIAL BASIS OF OUR AGREEMENT.

Instant Checkmate, Inc., a Delaware corporation, doing business as "Instant Checkmate" ("Instant Checkmate"), provides access to the background information services ("Services") on the InstantCheckmate.com website at http://www.instantcheckmate.com (along with all subdomains, collectively, the "Site").

THIS IS A BINDING AGREEMENT. By using this Site and the Services provided by an Instant Checkmate membership (and any related sites, services and tools) you agree to be bound by the terms of this InstantCheckmate.com Website Terms of Use Agreement ("TOU") the InstantCheckmate.com Website Privacy Policy at: http://www.instantcheckmate.com/privacy_policy ("Privacy Policy") and the Limited Data License. ("Limited License") located athttp://www.instantcheckmate.com/limited_license.

If you do not wish to be bound by the TOU, Limited License, and Privacy Policy, you must leave this Site immediately. Your further use of the Site will be considered as acceptance of the terms of this TOU and the Privacy Policy.

You may not use this Site if you are not of legal age to form a binding contract with Instant Checkmate. If you are under 18 years old, you must leave this Site immediately.

Instant Checkmate reserves the right to update and change, from time to time, this TOU and all documents incorporated by reference. You can find the most recent version of this TOU at http://www.instantcheckmate.com/terms_of_use. Instant Checkmate will post a notice on its home page that this TOU has changed. Use of the Site after such changes constitutes acceptance of such changes.

# 1) Billing and Services

## a) Standard Membership Plans

Instant Checkmate offers three basic membership plans. All membership plans are billed up front for the entire term selected.

- For a standard 6-month membership, You will be billed $59.16 immediately upon purchase and $59.16 every 6 months thereafter, unless you cancel.
- For a standard 3-month membership, You will be billed $44.58 immediately upon purchase and $44.58 every 3 months thereafter, unless you cancel.
- For a standard 1-month membership, You will be billed $22.86 immediately upon purchase and $22.86 every month thereafter, unless you cancel.

If your payment for a full term is declined due to insufficient funds, Instant Checkmate reserves the right to bill in monthly installments at the rate You selected.

### b) $1.00 Trial Membership

If You selected a trial membership, You will be billed $1.00 immediately upon enrollment of the trial. Your 5-day, $1.00 trial will expire in 5 days. Upon the expiration of the 5-day trial period, You will be automatically enrolled in a monthly membership and billed $29.63 immediately and $29.63 every month thereafter, unless you cancel. You may cancel at any time including during the trial period. See Section 1(d) below.

### c) Nonstandard Membership Plans

Instant Checkmate sometimes offers promotional membership offers. If You enroll in a nonstandard membership, Instant Checkmate expressly reserves the right to bill You, at the rate and frequency disclosed at the time of You enroll.

### d) Cancellation Policy

You may cancel your membership, including any trial or nonstandard membership at any time by calling our customer support line at 1-866-490-5980 to speak with one of our Customer Service Representatives. We're open 24/7. Any cancellation request will cancel Your upcoming bill.

### e) Refund Policy

Our number one goal at Instant Checkmate is customer satisfaction. If you are ever not satisfied with our services, feel free to call one of our excellent customer support staff at 1-866-490-5980, and we will work to resolve your issue. We're open 24 hours a day (Holiday hours may vary). Refunds are handled on a case by case basis with the ultimate goal of complete customer satisfaction.

## 2) Removing Your Information

If you would like to remove your information from our site, please visit our Opting out of Instant Checkmate page.

## 3) Fair Credit Reporting Act (FCRA) Notice

Instant Checkmate IS NOT A CREDIT REPORTING AGENCY ("CRA") FOR PURPOSES OF THE FAIR CREDIT REPORTING ACT ("FCRA"). AS SUCH, THE ADDITIONAL PROTECTIONS AFFORDED TO CONSUMERS, AND OBLIGATIONS PLACED UPON CREDIT REPORTING AGENCIES, ARE NOT CONTEMPLATED BY, NOR CONTAINED WITHIN, THESE TERMS OF USE.

You may not use any information obtained from Instant Checkmate in connection with determining a prospective candidate's suitability for:

- Health insurance or any other insurance
- Credit and/or loans
- Employment
- Education, scholarships or fellowships

- Housing or other accommodations
- Benefits, privileges or services provided by any business establishment

The information provided by Instant Checkmate has not been collected in whole or in part for the purpose of furnishing consumer reports, as defined in the FCRA. According to applicable law, you are not permitted to use any of this information as a factor in: (a) establishing an individual's eligibility for personal credit, loans, insurance or assessing risks associated with existing consumer credit obligations; (b) evaluating an individual for employment, promotion, reassignment or retention (including employment of household workers such as babysitters, cleaning personnel, nannies, contractors, and other individuals); (c) evaluating an individual for educational opportunities, scholarships or fellowships; or (d) any other personal business transaction with another individual (including, but not limited to, leasing, renting or sale of a house, apartment or other dwelling).

## 4) Instant Checkmate's License to User Content.

a) You grant Instant Checkmate a license to use the materials you post to the Site or Service. By posting, downloading, displaying, performing, transmitting, or otherwise distributing information or other content ("User Content") to the Site or Service, you are granting Instant Checkmate, its affiliates, officers, directors, employees, consultants, agents, and representatives a license to use User Content in connection with the operation of the Internet business of Instant Checkmate, its affiliates, officers, directors, employees, consultants, agents, and representatives, including without limitation, a right to copy, distribute, transmit, publicly display, publicly perform, reproduce, edit, translate, and reformat User Content. You will not be compensated for any User Content. You agree that Instant Checkmate may publish or otherwise disclose your name in connection with your User Content. By posting User Content on the Site or Service, you warrant and represent that you own the rights to the User Content or are otherwise authorized to post, distribute, display, perform, transmit, or otherwise distribute User Content.

## 5) Instant Checkmate Intellectual Property.

a) Our Site and all of its contents (collectively, the "Intellectual Property"), are protected by copyright, trademark and other laws of the United States, as well as international conventions and the laws of other countries. The Intellectual Property is owned or controlled by Instant Checkmate or the party credited as the provider of the intellectual property. Additionally, the Site itself is protected by copyright as a collective work or compilation or both.

b) No portion of this Site may be reproduced, duplicated, copied, sold, or otherwise exploited for any commercial purpose that is not expressly permitted by Instant Checkmate.

c) You may browse through the Site and download the Services. You must keep intact all copyright, trademark and other notices contained in your personal copies. Except as otherwise provided in this TOU, you may not reproduce or allow others to reproduce your personal copies of downloaded materials, nor may you make them available electronically without our express written consent. You may not save or archive a significant portion of the material appearing on the Site. You may not attempt to alter or modify the content posted on

the Site. Except as expressly set forth in this TOU, you may not copy, download, display, distribute, publish, enter into a database, perform, modify, create derivative works, transmit, post, decompile, reverse engineer, disassemble or in any way exploit any of our Intellectual Property or the Site itself.

## 6) Use of the Site.

You may not use this Site for any purpose that is unlawful or prohibited by this TOU, or cause damage on or through this Site. You agree not to use any automated means, including, without limitation, agents, robots, scripts, or spiders, to access, monitor, or copy any part of this Site, except those automated means that Instant Checkmate has expressly approved in writing in advance. You promise that none of your communications with or through the Site will violate any applicable local, state, national or international law.

## 7) Third Party Sites and Services.

This Site may contain links to other sites owned by third parties. Your use of each of those sites is at your own risk and is subject to the terms of those sites. Instant Checkmate has no control over sites that are not ours, and Instant Checkmate is not responsible for any changes to or content on them. Instant Checkmate assumes no responsibility for the content of or services offered by linked third-party sites, and makes no representations regarding the accuracy of materials on third-party Web sites. Statements made on third-party Web sites linked to or from this Site reflect only the views of their authors and not of Instant Checkmate. Instant Checkmate's inclusion on the Site of any third-party content or a link to a third-party site is not an endorsement of that content or third-party site.

## 8) Disclaimer of Warranties.

a) Instant Checkmate DOES NOT GUARANTEE THE ACCURACY OF INFORMATION FOUND ON THE SITE OR THROUGH THE SERVICES. USE OF THE SITE, THE SERVICES AND ANY DATA ACCESSED WHILE USING THE SITE OR THE SERVICES IS AT YOUR SOLE RISK. THE SITE, THE SERVICES AND ALL CONTENTS OF EACH ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS.

b) Instant Checkmate DOES NOT WARRANT THAT THE SITE OR SERVICES WILL MEET ANY REQUIREMENTS OR NEEDS YOU MAY HAVE, OR THAT THE SITE OR SERVICES WILL OPERATE ERROR FREE, OR IN AN UNINTERRUPTED FASHION, OR THAT ANY DEFECTS OR ERRORS IN THE SITE OR SERVICES WILL BE CORRECTED, OR THAT THE SITE OR SERVICES ARE COMPATIBLE WITH ANY PARTICULAR PLATFORM. Instant Checkmate IS NOT OBLIGATED TO PROVIDE ANY UPDATES TO THE SITE OR SERVICES.

c) Instant Checkmate DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE MATERIALS ON THIS SITE OR SERVICES IN TERMS OF THEIR TIMELINESS, CORRECTNESS, ACCURACY, RELIABILITY, OR OTHERWISE. WHILE Instant Checkmate MAKES REASONABLE EFFORTS TO PROVIDE ACCURATE AND TIMELY INFORMATION ON THE SITE, YOU SHOULD NOT ASSUME THAT THE INFORMATION PROVIDED IS ALWAYS UP TO DATE OR THAT THE SITE CONTAINS ALL THE RELEVANT INFORMATION AVAILABLE ABOUT Instant Checkmate. Instant

Checkmate UNDERTAKES NO OBLIGATION TO VERIFY OR MAINTAIN THE CURRENCY OF SUCH INFORMATION.

d) Instant Checkmate DOES NOT REPRESENT THAT THE SITE, THE SERVICES OR ANY DATA ACCESSED WHILE USING THE SITE OR THE SERVICES IS APPROPRIATE OR AVAILABLE FOR USE OUTSIDE THE UNITED STATES.

e) Instant Checkmate EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, RELATING TO THE SITE, THE SERVICES AND ANY DATA ACCESSED WHILE USING THE SITE OR THE SERVICES, OR THE ACCURACY, TIMELINESS, COMPLETENESS, OR ADEQUACY OF THE SITE, THE SERVICES AND ANY DATA ACCESSED WHILE USING THE SITE OR THE SERVICES, INCLUDING THE IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

## 9) Limitation of Liability.

a) Instant Checkmate IS NOT LIABLE TO YOU FOR CLAIMS OR LIABILITIES OF ANY KIND, INCLUDING WITHOUT LIMITATION, FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR ANY OTHER DAMAGES ARISING OUT OF OR RELATED TO THE USE OF THE SITE OR SERVICES BY YOU OR BY THIRD PARTIES OR ARISING OUT OF OR RELATED TO ANY THIRD-PARTY SOFTWARE, ANY DATA ACCESSED WHILE USING THE SITE OR SERVICES, YOUR USE OR INABILITY TO USE OR ACCESS THE SITE OR SERVICES, WHETHER SUCH DAMAGE CLAIMS ARE BROUGHT UNDER ANY THEORY OF LAW OR EQUITY EVEN IF YOU HAVE ADVISED Instant Checkmate IN ADVANCE OF THE POSSIBILITY OF SUCH DAMAGE, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, INJURY TO PERSON OR PROPERTY, BUSINESS INTERRUPTION, LOSS OF BUSINESS OR PERSONAL INFORMATION.

b) IF, NOTWITHSTANDING THE LIMITATIONS OF LIABILITY SET FORTH ABOVE, Instant Checkmate IS FOUND LIABLE UNDER ANY THEORY, Instant Checkmate'S LIABILITY UNDER THIS AGREEMENT OR OTHERWISE WITH RESPECT TO THE SITE AND THE SERVICES AND YOUR EXCLUSIVE REMEDY WILL BE LIMITED TO MONEY DAMAGES NOT TO EXCEED $100.

c) SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES OR THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES AS SET FORTH IN SECTIONS 8 AND 9. ACCORDINGLY, SOME OF THE LIMITATIONS SET FORTH IN SECTIONS 8 AND 9 MAY NOT APPLY TO YOU. IN SUCH CASE, THE TERMS OF SECTION 12(e) (SEVERABILITY) BELOW WILL APPLY.

## 10) Indemnification.

You will defend, indemnify and hold Instant Checkmate harmless from any claim or demand, including attorneys' fees and costs, made by any third party in connection with or arising out of your use of the Site, your violation of any terms of this TOU, your violation of applicable laws, or your violation of any rights of another person or entity.

## 11) Arbitration

a) YOU UNDERSTAND AND AGREE THAT ALL CLAIMS, DISPUTES OR CONTROVERSIES BETWEEN YOU AND Instant Checkmate, ITS PARENTS, AFFILIATES, SUBSIDIARIES OR RELATED COMPANIES, INCLUDING, WITHOUT LIMITATION, TORT AND CONTRACT CLAIMS, CLAIMS BASED UPON ANY FEDERAL, STATE OR LOCAL STATUTE, LAW, ORDER, ORDINANCE OR REGULATION, AND THE ISSUE OF ARBITRABILITY, SHALL BE RESOLVED BY THE FINAL AND BINDING ARBITRATION PROCEDURES SET BELOW. THE PARTIES ACKNOLWEDGE AND AGREE THAT ANY SUCH CLAIMS SHALL BE BROUGHT SOLELY IN THE PARTY'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE PROCEEDING, OR PRIVATE ATTORNEY GENERAL CAPACITY. THE PARTIES FURTHER AGREE THAT THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A REPRESENTATIVE OR CLASS PROCEEDING. THE PARTIES VOLUNTARILY AND KNOWINGLY WAIVE ANY RIGHT THEY HAVE TO A JURY TRIAL. ANY CONTROVERSY CONCERNING WHETHER A DISPUTE IS ARBITRABLE SHALL BE DETERMINED BY THE ARBITRATOR AND NOT BY THE COURT. JUDGMENT UPON ANY AWARD RENDERED BY THE ARBITRATOR MAY BE ENTERED BY A NEVADA STATE OR FEDERAL COURT HAVING JURISDICTION THEREOF. THIS ARBITRATION CONTRACT IS MADE PURSUANT TO A TRANSACTION IN INTERSTATE COMMERCE AND ITS INTERPRETATION, APPLICATION, ENFORCEMENT AND PROCEEDINGS HEREUNDER SHALL BE GOVERNED BY THE FEDERAL ARBITRATION ACT ("FAA").

**The following procedures shall apply:**

i) Any party that intends to make a claim shall first notify the opposing party in writing of such intention and shall describe in such notice, with reasonable particularity, the nature and basis of such claim, and the total amount of the claim. Within thirty (30) days of receipt of such notice, the party receiving notice of a claim shall provide a written response which, with reasonable particularity, sets forth its position concerning the claim. If the parties are unable to resolve the dispute arising from the claim by good faith negotiations to be conducted within the thirty (30)-day period following the written response, either of them may initiate binding arbitration pursuant to the terms and conditions set forth below.

ii) In the event a party elects to proceed with binding arbitration, it shall provide written notice thereof to the other party by registered or certified mail. The arbitration shall be conducted by Judicate West, and shall be conducted using the then current Judicate West commercial rules and regulations (except as varied by this agreement). The arbitration shall take place in San Diego, CA, but may proceed telephonically in the event the total amount of the claim does not exceed $2,500 U.S. dollars (if the claimant so chooses).

iii) Separate and apart from the agreement to arbitrate set forth above, the parties hereby independently waive any right to bring or participate in any class action in any way related to, or arising from, this agreement.

## 12) Miscellaneous.

a) Complete Agreement. This TOU, the <u>Privacy Policy</u> and the Limited License constitute the entire understanding between Instant Checkmate and you respecting use of the Site and the Services, superseding all prior agreements between you and Instant Checkmate. If there is any conflict between the terms this TOU and those in the Privacy Policy, the terms of this TOU will control, except to the extent that the Privacy Policy imposes additional restrictions and liabilities on your actions. If there is any conflict between the terms of this TOU and those in the Limited License, the terms of the Limited License will control, except to the extent that this TOU imposes additional restrictions and liabilities on your actions.

b) Governing Law; Jurisdiction; Attorneys' Fees. This Site (excluding linked sites) is controlled by us from our office in Nevada, United States of America. Although a purchase or subscription to the Services from outside the United States is strictly prohibited, the Site can be accessed worldwide. As each of these jurisdictions has laws and regulations that may differ from those of Nevada, by accessing this Site or purchasing, subscribing, or otherwise using the Services, you and Instant Checkmate agree that the laws of Nevada (expect for conflicts of laws principles) will apply to all matters relating to use of this Site. If for any reason, the Arbitration provision required in Section 11 above is deemed inapplicable or unenforceable, exclusive jurisdiction must lie with the courts of Nevada in the county of Clark for all disputes, actions or proceedings arising out of or relating to your use of the Site. In any dispute that arises out of the relationship of Instant Checkmate and you, including tort claims, the prevailing party will be entitled to attorneys' fees and costs.

c) Time to Bring a Claim. Regardless of any applicable law to the contrary, any claim or cause of action arising out of or related to the Site, or the use of the Site, must be brought within one year after such claim or cause of action arose.

d) English Language Controls. This English-language TOU is Instant Checkmate's official agreement with users of this Site. In case of any inconsistency between this English-language TOU and its translation into another language, this English-language document controls.

e) Severability. If a provision of this TOU is held to be illegal, invalid or unenforceable, then: (i) it must be deemed amended to achieve as nearly as possible the same economic effect as the original provision, and (ii) the legality, validity and enforceability of the remaining provisions of this TOU must not be affected or impaired.

f) Waiver. No failure or delay on the part of Instant Checkmate in exercising any right, power or remedy under this TOU may operate as a waiver, nor may any single or partial exercise of any such right, power or remedy preclude any other or further exercise of such right, power, or remedy, or the exercise of any other right, power or remedy under this TOU.

## 13) ACKNOWLEDGEMENT.

BY USING THE SERVICE OR ACCESSING THE SITE, YOU ACKNOWLEDGE THAT YOU HAVE READ THESE TERMS OF USE AND AGREE TO BE BOUND BY THEM.

If you have questions about this TOU or want to contact us, please send an email to support@instantcheckmate.com or write to us at:

Instant Checkmate
4330 S Valley View Blvd, Ste 118
Las Vegas, NV 89103-4052

# *EXHIBIT B*

## Save Your Results

First Name:

[ Please enter your first name ]
Doe

Last Name:

Email:

**SAVE**

By clicking "Save" you represent that you are over 18 years of age and have agreed to our terms of use, privacy policy, and limited license for services and you agree to receive email from Instant Checkmate

Norton SECURED
powered by Symantec

*We collect your name and email to set you up with a secure account. Remember, your search will always be private. Your search history remains 100% safe and secure.*

# *EXHIBIT C*

WARNING: This background report may be graphic. We do not censor our reports. We trust you to use this information responsibly. Please do not abuse this tool, or we could be forced to take it offline. Do not use our service or the information it provides to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. The content of the report might surprise you, so please prepare yourself for the unexpected.

instant checkmate

## FINAL STEP: Activate Your Account and Unlock Your Report!

17k Like

12k

8+1

NAME:
**John Doe**
39 years old
Los Angeles, CA

**The Report May Contain:**

- Criminal Records
- Marriage Records
- Sex Offenses
- Address History
- Divorce Records
- Speeding Tickets
- Phone Numbers
- Contact Info
- Much More!

**WE FOUND 10+ CRIMINAL RECORDS ASSOCIATED WITH THE NAME "JOHN DOE" IN CA**

100% PRIVATE - Remember that John will never know about your search!

NO HASSLE CANCELLATION

**YOUR SATISFACTION IS IMPORTANT TO US!**

If at any time you are dissatisfied with our product, call our Member Care number at 1 (866) 490-5980 and we'll do our best to make you happy.

Background checks have been featured on:

FELONIES • MISDEMEANORS • SPEEDING TICKETS • MUGSHOTS • SEX OFFENDERS

## Frequently Asked Questions

**Why isn't this free?**

*Unfortunately, we have to pay for the information we provide. Free reports would put us out of business.*

**How is my report delivered?**

*After signing up, you can instantly view your report online. You will also have the option to download and print!*

**Can I buy a single report?**

*Our competitors charge more for a single report than we charge for a month of UNLIMITED reports! Why settle?*

**How does the billing work?**

**To get unlimited reports, select a one-month membership for $22.86, a three-month membership for $44.58 ($14.86/mo), or a six-month membership for $59.16 ($9.86/mo). Your membership will automatically renew for the same term unless you cancel before the start of the next term. Instant Checkmate will charge the recurring membership fee of $22.86, $44.58, or $59.16 (depending on the membership option you select) to the same card you use today until you cancel. To cancel, call 1-866-490-5980 24 hours a day.*

## Customer Reviews

*"No matter how much or long you know somebody, you can always find out something new..."*
- ★★★★★ -
**Ralph R.**

## Pick your Package

| | | |
|---|---|---|
| MOST POPULAR! **Recommended** 1 Month of UNLIMITED Reports | **$22.86**/mo* | |
| **Moderate Users** 3 Months of UNLIMITED Reports | **$14.86**/mo* | ($44.58 Today) |
| **Power Users** 6 Months of UNLIMITED Reports | **$9.86**/mo* | ($59.16 Today) |

## Payment Information

Norton SECURED powered by Symantec

**Security Is Our Top Priority**
This website utilizes some of the most advanced techniques to protect your information and ensure your transaction is secure.

First Name:

Last Name:

Email:

Payment: PayPal The safer, easier way to pay.

VISA Credit Card

Name on Card:

Card Number:

Expiration Date: 02 (Feb) 2015

CVV Code:

☐ I agree to the Instant Checkmate Terms of Use, Limited License, and Privacy Policy. By clicking "View My Report," you are providing your electronic signature authorizing Instant Checkmate to charge your card as described, until you cancel.

☐ I understand and agree that Instant Checkmate is not a "consumer reporting agency," as defined in the Fair Credit Reporting Act (15 U.S.C. § 1681, et seq.) ("FCRA") and does not provide "consumer reports," as defined in FCRA. I understand and represent that I am not purchasing and will not use Instant Checkmate's products or services for any purpose in connection with determining a person's eligibility for credit, insurance, employment or for any other eligibility determination subject to FCRA.

**VIEW MY REPORT**







     





