Samuel M. Lasser (SBN – 252754)
slasser@edelson.com
EDELSON PC
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

*Attorney for Plaintiff and the Putative Class*

Ari N. Rothman (SBN 296568)
arothman@venable.com
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: 310.229.9900
Fax: 310.229.9901

*Attorney for Defendant*

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MILO ILLICH, individually and on behalf of all others similarly situated, | Case No. 3:14-cv-3026-DMS-KSC |
| *Plaintiff,* | **JOINT MOTION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION** |
| *v.* | |
| INSTANT CHECKMATE, INC., a Delaware corporation, | |
| *Defendant.* | |

Plaintiff Milo Illich ("Plaintiff") and Defendant Instant Checkmate, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby respectfully request that the Court continue the hearing date on Defendant's pending motion to compel arbitration (dkt. 5) to April 17, 2015, or as soon thereafter as the motion may be heard.  Good cause exists to grant this joint motion for the following reasons:

1.      On December 30, 2014, Plaintiff filed the instant action. (Dkt. No. 1.)

2.      On February 17, 2015, Defendant filed a motion to compel arbitration and obtained a hearing date of March 27, 2015 at 1:30 p.m. (Dkt. 5.)

3.      Since the time Defendant filed its motion to compel arbitration, the Parties have resolved the issues in this lawsuit and are working diligently to conclude it without further judicial intervention.  The Parties believe a brief three (3) week extension is necessary to complete those efforts at which time the Parties expect that a notice of voluntarily dismissal (with prejudice as to Plaintiff's individual claims, and without prejudice as to putative class claims) will be filed to conclude this litigation.

4.      On March 17, 2015, counsel for the Parties jointly contacted the Court to determine the proper procedure for requesting the continuance requested by this joint motion. That same day, a member of the Court's staff suggested (by voicemail to Plaintiff's counsel) that the Parties file a joint motion requesting a continuance of the hearing date on Defendant's motion to compel arbitration.

5.      Based on the foregoing, good cause exists to grant the instant motion, and the relief requested herein is not sought to delay the proceedings or for any other improper purpose.

**WHEREFORE,** the Parties respectfully request that the Court enter an Order (i) granting the instant motion, (ii) continuing the hearing date on Defendant's

1    motion to compel arbitration to April 17, 2015, or such later date as the Court

2    selects, and (iii) providing such other and further relief as the Court deems

3    reasonable and just.

4                                        Respectfully submitted,

5                                        **MILO ILLICH**,

6    Dated:  March 20, 2015             By: /s/ Samuel M. Lasser

7                                         One of Plaintiff's Attorneys

8                                      Samuel M. Lasser (SBN – 252754)
                                     slasser@edelson.com

9                                      EDELSON PC
                                     1934 Divisadero Street

10                                     San Francisco, California 94115
                                    Tel: 415.994.9930

11                                   Fax: 415.776.8047

12                                     Rafey S. Balabanian*
                                    rbalabanian@edelson.com

13                                   Benjamin H. Richman*
                                  brichman@edelson.com

14                                   Courtney Booth*
                                  cbooth@edelson.com

15                                   EDELSON PC
                                  350 North LaSalle Street, Suite 1300

16                                   Chicago, Illinois 60654
                                  Tel: 312.589.6370

17                                   Fax: 312.589.6378

18                                   Douglas J. Campion (SBN – 75381)
                                  doug@djcampion.com

19                                   LAW OFFICES OF DOUGLAS J CAMPION, APC
                                  409 Camino Del Rio South, Suite 303

20                                   San Diego, California 92108
                                  Tel: 619.299.2091

21                                   Fax: 619.858.0034

22                                   *Pro hac vice* admission to be sought.

23                                   *Attorneys for Plaintiff and the Putative Class*

24                                   **INSTANT CHECKMATE, INC.**,

25    Dated:  March 20, 2015             By: /s/ Ari N. Rothman

26                                         One of its Attorneys

27                                   Ari N. Rothman (SBN 296568)

28

arothman@venable.com
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: 310.229.9900
Fax: 310.229.9901

Damon W.D. Wright
dwdwright@venable.com
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
Tel: 202.344.4000
Fax: 202.344.8350

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ari N. Rothman, counsel for Defendant Instant CheckMate, Inc., and that Mr. Rothman has authorized me to affix his electronic signature to this document.

/s/ Samuel M. Lasser

## CERTIFICATE OF SERVICE

I, Samuel M. Lasser, an attorney, hereby certify that on March 20, 2015, I served the above and foregoing *Joint Motion to Continue Hearing Date on Defendant's Motion to Compel Arbitration* by causing true and accurate copies of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 20th day of March 2015.

/s/ Samuel M. Lasser