1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

8  MILO ILLICH, individually and on
   behalf of all others similarly situated,

9                        *Plaintiff,*

10  *v.*

11  INSTANT CHECKMATE, INC., a
12  Delaware corporation,

13                        *Defendant.*

Case No. 3:14-cv-3026-DMS-KSC

**ORDER GRANTING PARTIES' JOINT MOTION TO VOLUNTARILY DISMISS PURSUANT TO FED. R. CIV. P. 41**

14
15      This matter coming before the Court on the Parties' Joint Motion to Dismiss

16  Pursuant to Fed. R. Civ. P. 41, due and adequate notice having been given and the

    Court being duly advised on the premises,

17      **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

18      1.      Plaintiff Milo Illich's individual claims against Defendant Instant

19  Checkmate, Inc. in this action are dismissed *with prejudice*.

20      2.      The claims of the putative class against Defendant Instant Checkmate,

21  Inc. in this action are dismissed *without prejudice*.

22      3.      Except as otherwise agreed, each Party is to bear its own attorneys' fees

23  and expenses incurred in any way related to the litigation of this action.

24  **IT IS SO ORDERED.**

25

26  ENTERED: April 8, 2015

27                          HONORABLE DANA M. SABRAW
                            UNITED STATES DISTRICT JUDGE

28

ORDER GRANTING                                CASE NO. 3:14-CV-3026-DMS-KSC
JOINT MOTION TO DISMISS